470 A.2d 1030

Commonwealth v. Jackson, Appellant.

Submitted October 14, 1983. Paul Bogdon, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Allegheny County Common Pleas Court Judge Joseph H. Ridge is affirmed.